December 12, 1978.

APPEAL No. 77-206. JUDD REALTY, INC. *v.* FRANK TEDESCO. On December 8, 1978, the defendant appeared before us in response to our order to show cause why the plaintiff's appeal should not be sustained.

The defendant having shown cause, this case is reassigned to the regular calendar. *J. Renn Olenn*, for plaintiff. *Paul A. Anderson*, for defendant.

December 15, 1978.

M. P. No. 78-125. GLORIA K. DUNN *v.* SCHOOL COMMITTEE OF THE TOWN OF MIDDLETOWN *et al.* The petition for writ of certiorari is denied. *Natale L. Urso, Thomas J. Liguori, Jr.*, for petitioner. *Joseph B. Going*, Town Solicitor, for respondents.